**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA** — **CASE NO. 5:26-CR-00297-01**

**VERSUS** — **JUDGE ALEXANDER C. VAN HOOK**

**AURORA IMOGEN RUSH (01)** — **MAGISTRATE JUDGE HORNSBY**

**EXHIBIT LIST**
**(contains manual exhibits)**
**Detention Hearing 8/10/26**

**PARTY:** UNITED STATES OF AMERICA

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| Ex 1* | Audio of Jail call | 8/10/2026 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | *Jail call audio provided on flash drive | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |