# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT COURT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 5:26-CR-00297 |
| VERSUS | JUDGE VAN HOOK |
| AURORA IMOGEN RUSH | MAGISTRATE JUDGE HORNSBY |

### NOTICE OF INTENT TO FILE
### MOTION TO REVOKE DETENTION ORDER

Defendant, Aurora Imogen Rush ("Aurora"), through undersigned counsel of record, respectfully provides notice to this Honorable Court of the intent to file a motion to revoke the Magistrate Judge's detention order pursuant to 18 U.S.C. § 3145(b). On August 10, 2026, the Court held a Detention Hearing. Then, on August 13, 2026, the Magistrate Judge signed the Order of Detention Pending Trial. That same day, undersigned's office sent a formal transcript request to the court reporter and expects to receive said transcript within seven (7) days. This transcript is necessary to briefing in this matter.

RESPECTFULLY SUBMITTED,
CRISTIE GAUTREAUX GIBBENS
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

*/s/ Charles H. Kammer, III*

_____
**Charles H. Kammer, III**
LSBA NO. 21658
300 Fannin Street, Ste. 2199
Shreveport, Louisiana 71101
Tel: (318) 676-3310
Pete_Kammer@fd.org
Assistant Federal Public Defender
*Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 14, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*<u>s/ Chales H. Kammer, III</u>*